IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERWIN CHERRY<br>o/b/o S.C., a minor<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>et al.,<br><br>　　Defendants | No. 3:11-CV-2047<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SMYSER) |

## ORDER

**NOW** this 27ᵗʰ day of February, 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)　The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2)　Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

(3)　The Clerk of Court is ordered to mark this matter as **CLOSED.**

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge